CAREY & WALTER, INC., A CORPORATION, *Plaintiff in Error,* v. JOHN K. GRISHAM, *Defendant in Error.*

Division B.

Decision Filed January 18, 1928.

*Cassels, Trinkle & Henderson,* for Plaintiff in Error.

*D. C. McMullen* and *Wm. C. McLean, Jr.,* for Defendant in Error.

PER CURIAM.—The only material error disclosed by the record in this case is that the verdict of the jury was for $8.43 more than was authorized by the evidence. It is, therefore, held:

If the defendant in error do within thirty days enter a remittitur for the sum of $8.43 the judgment for the balance will be affirmed; otherwise the judgment stands reversed.

Affirmed on condition.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.